MILAN HODZA, Respondent, v. OVERSEAS NEWS AGENCY, INC., Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

IDA KLUGER, Respondent, v. DAVID KLUGER, Appellant.— Order unanimously modified by referring the matter to an official referee, and as so modified affirmed. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of ISIDORE HIRSCH, Respondent, in a Proceeding under Article 78 of the Civil Practice Act, against HARRY W. MARSH, President, and Others, Defendants, LOUIS DICKSTEIN and Others, Intervenors, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [178 Misc. 556.]

FRANK P. UFFORD, as Receiver of the Property of MARGARET W. BAKER, Plaintiff, v. HENRY W. BULL and Others, Respondents. EDWARD H. WILSON, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CRYSTALCOTE, INC., Respondent, v. JAMES F. WALSH PAPER CORP., Appellant, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLIAM D. FRAD, Respondent, v. THE COLUMBIAN NATIONAL LIFE INSURANCE CO. OF BOSTON, MASSACHUSETTS, Appellant.— Determination unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [178 Misc. 705.]

ALLOY STEEL FORGING & TOOL Co., INC., Respondent, v. CONDENSER SERVICE & ENGINEERING Co., INC., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. The bill of particulars to be served within ten days after service of order. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of Proving the Last Will and Testament of PETER KAZBAN, Deceased, as a Will of Real and Personal Property. ROSE DAVIS and JOSEPH KAZBAN, Also Known as JOSEPH COSBAN, Petitioners, Appellants; FRANCES SUCHY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.